IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-01709-JLK

AUTUMN SENCHUK,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**

---

Plaintiff Autumn Senchuk has announced to the Court that all matters in controversy against Defendant Trans Union, LLC ("Trans Union") have been resolved. A Motion (Doc. 21) entitled Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Autumn Senchuk against Defendant Trans Union are in all respects dismissed with prejudice, with court costs to be paid by the party incurring the same.

Dated this 17th day of November, 2015.

                                                    _____
                                                  John L. Kane
                                                  Senior U.S. District Court Judge